UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Estech Systems IP, LLC,**<br><br>    Plaintiff,<br>v.<br><br>**VTech Communications, Inc.,**<br>    Defendant. | CASE NO. 1:25-CV-00333-ADA<br><br>**JURY TRIAL DEMANDED** |

## CLAIM CONSTRUCTION ORDER

Before the Court are the Parties' claim construction briefs. The Court provided preliminary and final constructions for the disputed terms via email prior to a scheduled *Markman* hearing. The parties then informed the Court that the *Markman* hearing was no longer needed.

The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court plans to issue a more-detailed Order explaining its analysis in due course.

**SIGNED** this 12th day of November, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| | U.S. Patent No. 7,068,684 | | | |
|---|---|---|---|---|
| | **Term** | **Plaintiff's Proposal** | **Defendant's Proposal** | **Construction** |
| 1 | "multimedia server"<br><br>'684 patent – Claims 37, 38, 42) | Plain and ordinary meaning; no construction necessary. | "a server, separate and distinct from the data server" | Plain and ordinary meaning. |
| 2 | "data server"<br><br>'684 patent – claim 37 | Plain and ordinary meaning; no construction necessary. | "a server, separate and distinct from the multimedia server" | Plain and ordinary meaning. |
| 3 | "most aggressive mode"<br><br>'684 patent – claim 42 | Plain and ordinary meaning; no construction necessary. | "the mode level in which the amount or rate of data transmitted is reduced the most out of two or more mode levels" | No construction necessary. |
| | U.S. Patent No. 8,391,298 | | | |
| | **Term** | **Plaintiff's Proposal** | **Defendant's Proposal** | **Construction** |
| 4 | "a list of LANs coupled to the WAN"<br><br>'298 patent – Claim 13 | Plain and ordinary meaning; no construction necessary. | "a list of local area networks coupled to the wide area network" | Plain and ordinary meaning. |
| 5 | "a list of telephone destinations"<br><br>'298 patent – Claim 13 | Plain and ordinary meaning; no construction necessary. | "a list of telephone extension numbers" | Plain and ordinary meaning. |

| | | | | |
|---|---|---|---|---|
| 6 | "means for displaying on the first IP telephone a list of telephone destinations stored in the second IP server in response to selection of a first input on the first IP telephone, wherein the list of telephone destinations is communicated from the second IP server over the WAN to the first IP telephone"<br><br>'298 patent – Claim 13 | **Corresponding Structure:** One or more microprocessors and a display, or equivalents thereof | **Corresponding Structure:** LCD display structure disclosed at 9:3–6 and DSP structure disclosed at 8:66–9:10 | **Corresponding Structure:** LCD display and DSP, and the equivalents thereof. |
| 7 | "means for automatically dialing the selected one of the telephone destinations for a communications link between the first IP telephone and the selected one of the telephone destinations in response to selection of one of the telephone destinations from the displayed list, wherein the selection of one of the telephone destinations from the displayed list is performed in response to selection of a second input on the first IP telephone by a user"<br><br>'298 patent – Claim 13 | **Corresponding Structure:** One or more microprocessors specially programmed to dial a selected telephone destination, or equivalents thereof | **Corresponding Structure:** DSP structure disclosed at 8:66–9:24 | **Corresponding Structure:** DSP, and the equivalents thereof. |

3

| # | Term | | | |
|---|---|---|---|---|
| 8 | "means for displaying on the first IP telephone a list of LANs coupled to the WAN, including the second and third LANs"<br><br>'298 patent – Claim 13 | **Corresponding Structure:** One or more microprocessors and a display, or equivalents thereof | **Corresponding Structure:** LCD display structure disclosed at 9:3–6 and DSP structure disclosed at 8:66–9:10 | **Corresponding Structure:** LCD display and DSP, and the equivalents thereof. |
| 9 | "means for displaying the first list in response to selection of the second LAN from the displayed list of LANs"<br><br>'298 patent – Claim 13 | **Corresponding Structure:** One or more microprocessors and a display, or equivalents thereof | **Corresponding Structure:** LCD display structure disclosed at 9:3–6 and DSP structure disclosed at 8:66–9:10 | **Corresponding Structure:** LCD display and DSP, and the equivalents thereof. |

4